UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HIMATULLAH ZAKI,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondent.

CASE NO. 2:26-cv-02863-BAT

**ORDER GRANTING IFP AND APPOINTING FEDERAL PUBLIC DEFENDER, DKTS 1 AND 2.**

The Court having considered Petitioner's financial eligibility ORDERS:

1. Petitioner's application to proceed in forma pauperis, Dkt. 1, is GRANTED.
2. Petitioner's motion to appoint the Federal Defender, Dkt. 2, is GRANTED.

DATED this 14th day of August, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge